OLIVE A. DILLEBER, Respondent, *v.* HOME LIFE INSURANCE COMPANY, Appellant.

Judgment and order affirmed, with costs.

Opinions by Barrett, J., Davis, P. J., dissenting.

---

JOHN C. FULLER and JAMES R. McKAY, Appellants, *v.* WILLIAM A. ROBINSON, Respondent.

Judgment affirmed.

Opinion by Brady, J.

---

ANNIE E. IRWIN, Respondent, *v.* JOHN D. CRAWFORD and WILLIAM A. CRAWFORD, Appellants.

Order affirmed, with $10 costs and disbursements.

Opinion by Brady, J.

---

JAMES K. O. SHERWOOD, Appellant, *v.* DAVID VERPLANCK.

Order affirmed, with $10 costs and disbursements, to abide the event.

Opinion by Brady, J., Barrett, J., dissenting.

---

MAHALIA C. SHERWOOD, Respondent, *v.* JAMES M. SHERWOOD, Appellant.

Judgment modified as directed in opinion, and affirmed as modified, without costs.

Opinion by Brady, J.

---

ANNA RIVAS De HERQUES, Appellant, *v.* CARLOS MARTI, as Executor, etc., Respondent.

Judgment and order affirmed, with costs.

Opinion Per Curiam.

---

LAWRENCE BOWE, Plaintiff in Error, *v.* THE PEOPLE OF THE STATE OF NEW YORK, Defendants in Error.

Judgment affirmed.

Opinion by Barrett, J.